### 2697.   VENABLE *v.* CITY OF ATLANTA.

RUSSELL, J.   Though the conduct of the prosecutor and his occupation of
detective were such as to throw doubt upon his statements, nevertheless
his testimony was competent, and sufficient to authorize the defendant's
conviction in the recorder's court; and as the only assignment of error
insisted upon here is that the evidence was not sufficient to authorize
the conviction, an affirmance of the judgment overruling the certiorari
necessarily results.                              *Judgment affirmed.*

DECIDED JANUARY 24, 1911.

Certiorari; from Fulton superior court—Judge Bell.   April 12,
1910.

*Burton Cloud,* for plaintiff in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.